# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153074(48)

SHELBY TOWNSHIP,
         Petitioner-Appellant,

v

COMMAND OFFICERS ASSOCIATION
OF MICHIGAN,
         Charging Party-Appellee.
_____/

SC: 153074
COA: 323481
MERC: 12-000067

       On order of the Chief Justice, the motion of the Michigan Municipal League and the Public Corporation Law Section of the State Bar of Michigan to participate as amicus curiae and file a joint amicus brief is GRANTED. The amicus brief submitted on April 1, 2016, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2016



Clerk